# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 15, 2015

## NO. 03-15-00431-CV

**One (1) 2002 Dodge 2500 Pick-Up Truck TX LP: BE31768; VIN: 3B7KF236X2M262448 and 20 Foot, Dual Axle, Black, Flatbed, Home Made, Gooseneck Trailer, bearing the initials AJH, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on June 18, 2015. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.